UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-219-CR-NESBITT

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEFFREY A. KRAMER,

    Defendant.

_____/

**ORDER RECOMMENDING TO THE BUREAU OF PRISONS THAT DEFENDANT BE DESIGNATED IN DIRECT PLACEMENT IN HOME CONFINEMENT UPON RELEASE FROM INCARCERTAION**

THIS CAUSE has come before the Court upon Defendant's Motion for Judicial Recommendation Regarding Pre-Release Custody. The Court having reviewed the motion filed May 27, 1997, the Government's response, the record and being otherwise duly advised, it is

ORDERED AND ADJUDGED that the Defendant's motion be GRANTED. The Court hereby recommends that the Bureau of Prisons designate the Defendant for direct placement in home confinement upon his release from incarceration at Eglin.

DONE and ORDERED in Chambers at Miami, Florida this 11 day of August, 1997.

LENORE C. NESBITT
UNITED STATES DISTRICT JUDGE

cc:  Angel Cortinas, AUSA
    Norman A. Moscowitz, Esquire
    Jane W. Moscowitz, Esquire
    Maggie Morefield, USPO

#49