

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 96-219-Cr-HUCK

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JEFFREY A. KRAMER,

      Defendant.

_____/

### UNITED STATES OF AMERICA'S SCHEDULING REPORT TO DISBURSE RESTITUTION TO VICTIMS

The United States of America, by and through undersigned counsel, respectfully files a scheduling report for locating victims and disbursing the remaining restitution funds collected from the defendant Jeffrey Kramer in this case, as requested by the Court at the hearing held herein on June 28, 2005. The government requests the Court enter an order authorizing the United States to continue to search for and locate victims that have not yet received any restitution disbursements until September 1, 2005.

During the last week, paralegals in the Financial Litigation Unit have attempted to call businesses listed on the victim list to ascertain whether they are still in business and to request a current address. Most of the numbers on the list are no longer in service but several companies were contacted and letters will be sent to those companies next week in order for them to sign the form attached to the letter verifying their status as a victim herein. The United States will

continue to contact victims on their list through the month of July. The office will send letters to the companies located, providing them with a form to claim restitution with a cut off date of September 1, 2005.

After September 1, 2005, disbursements of restitution will be made to all the newly located victims. After the restitution is disbursed to those victims, the remaining balance of restitution not disbursed will be allocated to the victims who have already received a pro rata share of restitution which was estimated to be slightly less than half of the original loss. In this manner, the victim companies that are still conducting business will be compensated a greater share of their loss.

By October 1, 2005, the government will send letters to all previously paid victims to ensure that the addresses are still current and that the businesses are still viable. Depending on the response received, the remaining restitution will be divided proportionately among the victims up to the amount of the original loss. If any restitution remains after those disbursements are finalized, the government will inform the court.

By January 15, 2006, the United States intends to complete this process and will file an accounting status report with the Court. If any restitution funds remain after the final disbursements are made, the parties may litigate any pertinent issues at that time.

The United States has diligently and continuously sought to locate and contact over 5,000 victims who are entitled to restitution. The Government has managed to locate over 3,000 victims and has disbursed approximately $ 2,400,000.00 to them, leaving a balance of about $ 1,600,000.00 in restitution yet to be disbursed.

Wherefore, for the foregoing reasons, the United States respectfully requests this Honorable Court to enter an Order to authorize the government to continue its search of locating victims and for claims to be returned until September 1, 2005, at which time restitution disbursements will be made to all newly located victims. After the disbursements have been made, the government will send letters to victims who have already received compensation to ascertain their current addresses and to disburse the remaining restitution to them to more fully compensate them for their loss. The Government will complete this process by January 15, 2006 and will file an accounting status report with the Court.

RESPECTFULLY SUBMITTED,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
ELIZABETH RUF STEIN
ASSISTANT UNITED STATES ATTORNEY
FINANCIAL LITIGATION COORDINATOR
Florida Bar No.354945
99 N.E.  Fourth Street, Suite 300
Miami, Florida 33132-2111
Phone No. (305)961-9313
Fax No.   (305)530-7195
E-mail: Elizabeth.Stein@usdoj.gov

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was served

via facsimile and U.S. mail on this ___7th___ day of July, 2005 to:

Norman A. Moscowitz, Esq.
Moscowitz Moscowitz & Magolnick, P.A.
Mellon Financial Center, Suite 2050
1111 Brickell Avenue
Miami, Florida 33131

ELIZABETH RUF STEIN
ASSISTANT U.S. ATTORNEY

4