**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 96-219-Cr-Huck

**NIGHT BOX FILED**

JUL 19 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

vs.

JEFFREY A. KRAMER,

          Defendant.

_____/

**DEFENDANT KRAMER'S RESPONSE TO GOVERNMENT SCHEDULING**
**REPORT TO DISBURSE RESTITUTION TO VICTIMS**

Kramer has no objection to the Government's proposed timetable, *i.e.*, a bar date of September 1, 2005, for submission of additional claims. The Government has agreed that following receipt of such claims, it will file a further status report describing the results of that mailing (*e.g.*, claims accepted and rejected) and its proposed resulting distribution.

Regarding this mailing, the Government has agreed to show Kramer, in advance of the mailing, the form which recipients will be required to fill out in order to determine whether they are entitled to restitution. Kramer's interest is in making sure that claimants are required to provide



United States v. Kramer                                                    Case No. 96-219-Cr-Huck

sufficient information so the Government can fairly determine whether they are entitled to receive

restitution.

RESPECTFULLY SUBMITTED,

Moscowitz Moscowitz & Magolnick, P.A.
Counsel for Defendant Kramer
Mellon Financial Center
1111 Brickell Avenue, Suite 2050
Miami, FL 33131
Telephone (305) 379-8300
Facsimile (305) 379-4404

DATE: July 20, 2005                 BY:

Norman A. Moscowitz
Florida Bar No. 0765643
nmoscowitz@mmmpa.com
Jane Wollner Moscowitz
Florida Bar No. 586498
jmoscowitz@mmmpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was served

via mail on this 20th day of July, 2005 on:

Elizabeth Stein, AUSA
Office of the United States Attorney
99 N.E. Fourth Street
Miami, Florida 33132-2111

Norman A. Moscowitz

2